IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
SEP 2 9 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| CYNTHIA D. MINSTERMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 4:08cv98 |
| PREMIERE CREDIT OF NORTH AMERICA, LLC, | ) |
| Defendant. | ) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Premiere Credit of North America, LLC ("Premiere Credit"), certifies that there are no parents, trusts, subsidiaries and/or affiliates of Premiere Credit that have issued shares or debt securities to the public.

PREMIERE CREDIT OF NORTH
AMERICA, LLC

By: _____
Marc E. Darnell, Esq.
Virginia State Bar Number 74062
Attorney for Premiere Credit of North America, LLC
Kaufman & Canoles, P.C.
11817 Canon Boulevard, Suite 408
Newport News, Virginia 23606
Telephone: (757) 873-6300
Facsimile: (757) 873-6359
Email: medarnell@kaufcan.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September 2008, a true and accurate copy of the foregoing was sent *via* facsimile and first-class mail, postage prepaid, to the following:

>Jennifer J. Sherwood, Esq.
>JENNIFER J. SHERWOOD, P.C.
>12515 Warwick Boulevard, Suite 300
>Newport News, Virginia 23606
>*Counsel for Plaintiff*

By: _____
Marc E. Darnell, Esq.
Virginia State Bar Number 74062
Attorney for Premiere Credit of North America, LLC
Kaufman & Canoles, P.C.
11817 Canon Boulevard, Suite 408
Newport News, Virginia 23606
Telephone:   (757) 873-6300
Facsimile:    (757) 873-6359
Email: medarnell@kaufcan.com