**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| CYNTHIA D. MINSTERMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 4:08-cv-98 |
| PREMIERE CREDIT OF NORTH AMERICA, LLC, | ) |
| Defendant. | ) |

**MOTION FOR A MORE DEFINITE STATEMENT**

Defendant, Premiere Credit of North America, LLC ("Premiere Credit"), by counsel, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, moves the Court to order Plaintiff, Cynthia D. Minsterman, to file a more definite statement. In support of its Motion for a More Definite Statement, Premiere Credit incorporates by reference its simultaneously-filed Brief in Support.

        **PREMIERE CREDIT OF NORTH**
        **AMERICA, LLC**

By: _____/s/_____
    Marc E. Darnell, Esq.
    Virginia State Bar Number 74062
    Attorney for Premiere Credit of North America, LLC
    Kaufman & Canoles, P.C.
    11817 Canon Boulevard, Suite 408
    Newport News, Virginia 23606
    Telephone:   (757) 873-6300
    Facsimile:    (757) 873-6359
    Email: medarnell@kaufcan.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

[None.]

And I hereby certify that I will mail copies of the document, together with copies of the NEF, by U.S. mail to the following non-filing users:

> Jennifer J. Sherwood, Esq.
> JENNIFER J. SHERWOOD, P.C.
> 12515 Warwick Boulevard, Suite 300
> Newport News, Virginia 23606

By: _____/s/_____
Marc E. Darnell, Esq.
Virginia State Bar Number 74062
Attorney for Premiere Credit of North America, LLC
Kaufman & Canoles, P.C.
11817 Canon Boulevard, Suite 408
Newport News, Virginia 23606
Telephone: (757) 873-6300
Facsimile: (757) 873-6359
Email: medarnell@kaufcan.com

9196746\1